**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BARBARA J. ROSOL                                    Case No. 15-20614CMB

         Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

         Movant                              Document No __
     vs.
DITECH FINANCIAL LLC(*)

         Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The claim purports to transfer the claim from Green Tree Servicing, servicer for Fannie Mae for account # 6922. However, document 55, filed 12/1/17 already transferred the loan from Green Tree to Ditech Financial, account number 5924.

DITECH FINANCIAL LLC(*)                             Court claim# 7-2/Trustee CID# 17
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL 32202

The Movant further certifies that on 12/19/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                   /s/ Ronda J. Winnecour
                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
cc:  debtor(s)                                    SUITE 3250 US STEEL TWR
      original creditor                           PITTSBURGH, PA  15219
      putative creditor                           (412) 471-5566
      counsel for debtor(s)                       cmecf@chapter13trusteewdpa.com
      counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>BARBARA J. ROSOL, 165 SUNRISE DRIVE, IRWIN, PA  15642 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>RAS CRANE LLC, 10700 ABOTT'S BRIDGE RD STE 170, DULUTH, GA 30097 | ORIGINAL CREDITOR:<br>DITECH FINANCIAL LLC(*), ATTENTION: BK CASH MANAGEMENT, 301 W BAY STREET, FLOOR 22, J253, JACKSONVILLE, FL 32202 |
| NEW CREDITOR: | |