# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BARBARA J. ROSOL | Case No.15-20614CMB |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>BARBARA J. ROSOL | Chapter 13<br><br>Document No. __91__ |
|   Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___11th___ day of __March__, 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Transcentra
Attn : Payroll Manager
860 Latour Ct
Napa, CA 94558

is hereby ordered to immediately terminate the attachment of the wages of BARBARA J. ROSOL, social security number XXX-XX-0818. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BARBARA J. ROSOL.

BY THE COURT:

FILED
3/11/20 11:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Barbara J. Rosol
    Debtor

Case No. 15-20614-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Mar 11, 2020
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db      +Barbara J. Rosol,    165 Sunrise Drive,    Irwin, PA 15642-8801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
     David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com
     James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
     Joseph A. Dessoye    on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
     Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC. jschalk@barley.com, sromig@barley.com
     Kenneth Steidl    on behalf of Debtor Barbara J. Rosol julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
     S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
     Shawn P. McClure    on behalf of Creditor    Dollar Bank, FSB smcclure@bernsteinlaw.com, cdesimone@bernsteinlaw.com;pghecf@bernsteinlaw.com;smcclure@ecf.courtdrive.com
     TOTAL: 12