Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Barbara J. Rosol**
Debtor(s)

Bankruptcy Case No.: 15−20614−CMB
Related to Doc. No. 96
Chapter: 13
Docket No.: 97 − 96

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/15/20 at 10:00 AM in** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-20614-CMB
Barbara J. Rosol                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 2              Date Rcvd: Apr 28, 2020
                             Form ID: 408            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db             +Barbara J. Rosol,    165 Sunrise Drive,    Irwin, PA 15642-8801
cr              DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC,   PO Box 0049,    Palatine, IL 60055-0001
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +NewRez LLC,   RAS Crane, LLC,   10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    GREENVILLE, SC 29603-0826
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14031686       ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court: Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
14001282       +Barclays Bank Delaware,    125 S West Street,   Wilmington, DE 19801-5014
14001285       +Countrywide Home Loans, Inc.,    7105 Corporate Drive,   Plano, TX 75024-4100
14022908       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14738454        Ditech Financial LLC F/K/A Green Tree,    Servicing, LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14001286        Dollar Bank,   Kimberly Renda,    PO Box 3969,   Pittsburgh, PA 15230-3969
14076405       +Dollar Bank F S B,    c/o Shawn P McClure, Esq,    707 Grant St Suite 2200,    Pgh PA 15219-1945
14001287        Dollar Bank Federal Savings Bank,    James L. Driscoll, Esq.,    3 Gateway Center 7 West,
                 Pittsburgh, PA 15222
14043615        Dollar Bank, FSB,    c/o David W. Raphael, Esquire,   Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14043614       +Dollar Bank, FSB,    P O Box 3969,   Pittsburgh, PA 15230-3969
14001289       +Federal Loan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
14043415       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
14001291       +Goldbeck McCafferty & McKeever,    Suite 5000 - Mellon Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14043416       +Green Tree Servicing LLC,    PO BOX 0049,   Palatine, IL 60055-0049,    Telephone 60055-0049
14001293        Macy's/DSNB,    P O Box 8218,   Mason, OH 45040-8218
14001295       +National City Mortgage Company,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
15171965        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
14047058       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14001296        Phelan Hallinan & Schmieg, LLP,    One Penn Center Plaza, Suite 1400,    Philadelphia, PA 19103
14033695        U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg, PA  17106-9184
14001298       +Value City Furniture/WFNNB and,    Asset Acceptance LLC,    c/o Futlon Friedman & Gullace LLP,
                 130B Gettysburg Pike,    Mechanicsburg, PA 17055-5653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 29 2020 03:21:48
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 29 2020 03:32:28
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14018985        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 03:34:36
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
14026702       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14001284        E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 29 2020 03:21:50      Citizens Bank,
                 One Citizens Plaza,    Providence, RI 02903
14001288        E-mail/Text: bankruptcydepartment@tsico.com Apr 29 2020 03:22:44      Equitable Gas Company,
                 c/o NCO Financial Systems Inc.,    PO Box 17205,   Wilmington, DE 19850-7205
14001290       +E-mail/Text: notices@burt-law.com Apr 29 2020 03:22:54      First National Bank of Omaha/Emerge,
                 and Midland Funding LLC,    c/o Burton Neil & Associates PC,   1060 Andrew Drive, Suite 170,
                 West Chester, PA 19380-5601
14918756        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 29 2020 03:21:48
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14001292        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:32:18      Green Tree Servicing,
                 332 Minnesota Street, Suite 610,    Saint Paul, MN 55101
14001283        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 03:34:21      Chase Bank USA NA,
                 PO Box 15298,    Wilmington, DE 19850-5298
14001294        E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 03:22:24      Midland Credit Management Inc.,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
14027950       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 03:22:24      Midland Credit Management, Inc,
                 as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                  Date Rcvd: Apr 28, 2020
                               Form ID: 408                Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14009145         E-mail/PDF: rmscedi@recoverycorp.com Apr 29 2020 03:32:28
                  Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
14001297        +E-mail/PDF: pa_dc_claims@navient.com Apr 29 2020 03:34:29     Sallie Mae,   P.O. Box 9500,
                  Wilkes Barre, PA 18773-9500
14808091         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 29 2020 03:21:49
                  United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER F
cr               Green Tree Servicing LLC
cr*             +Dollar Bank, FSB,   P.O. Box 3969,   Pittsburgh, PA 15230-3969
15198540*        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
                                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
```
              David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
               jschalk@barley.com,    sromig@barley.com
              Kenneth Steidl    on behalf of Debtor Barbara J. Rosol julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn P. McClure    on behalf of Creditor    Dollar Bank, FSB smcclure@bernsteinlaw.com,
               cdesimone@bernsteinlaw.com;pghecf@bernsteinlaw.com;smcclure@ecf.courtdrive.com
                                                                                               TOTAL: 12
```