**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BARBARA J. ROSOL

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:15-20614

Chapter 13

Document No.: 96

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___23rd___ day of ___June___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/23/20 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-20614-CMB
Barbara J. Rosol                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy          Page 1 of 2          Date Rcvd: Jun 23, 2020
                          Form ID: pdf900     Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
```
db          +Barbara J. Rosol,    165 Sunrise Drive,    Irwin, PA 15642-8801
cr           DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
cr          +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Ditech Financial LLC,    PO Box 0049,    Palatine, IL 60055-0001
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +NewRez LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr          +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    Shellpoint Mortgage Servicing,
              P.O. Box 10826,    GREENVILLE, SC 29603-0826
cr          +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
14031686    ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
             (address filed with court: Navient Solutions, Inc. on behalf of USAF,
              Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
14001282    +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
14001285    +Countrywide Home Loans, Inc.,    7105 Corporate Drive,    Plano, TX 75024-4100
14022908    +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
14738454     Ditech Financial LLC F/K/A Green Tree,    Servicing, LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
14001286     Dollar Bank,    Kimberly Renda,    PO Box 3969,    Pittsburgh, PA 15230-3969
14076405    +Dollar Bank F S B,    c/o Shawn P McClure, Esq,    707 Grant St Suite 2200,    Pgh PA 15219-1945
14001287     Dollar Bank Federal Savings Bank,    James L. Driscoll, Esq.,    3 Gateway Center 7 West,
              Pittsburgh, PA 15222
14043615     Dollar Bank, FSB,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
              One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14043614    +Dollar Bank, FSB,    P O Box 3969,    Pittsburgh, PA 15230-3969
14001289    +Federal Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14043415    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
              Telephone # 888-298-7785)
14001291    +Goldbeck McCafferty & McKeever,    Suite 5000 - Mellon Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
14043416    +Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14001293     Macy's/DSNB,    P O Box 8218,    Mason, OH 45040-8218
14001295    +National City Mortgage Company,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15171965     NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
14047058    +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
              Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14001296     Phelan Hallinan & Schmieg, LLP,    One Penn Center Plaza, Suite 1400,    Philadelphia, PA 19103
14033695     U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
              Harrisburg, PA  17106-9184
14001298    +Value City Furniture/WFNNB and,    Asset Acceptance LLC,    c/o Futlon Friedman & Gullace LLP,
              130B Gettysburg Pike,    Mechanicsburg, PA 17055-5653
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jun 24 2020 04:32:02
              GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr           E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2020 04:42:15
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
14018985     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 24 2020 04:41:08
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
14026702    +E-mail/Text: bncmail@w-legal.com Jun 24 2020 04:33:29     CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14001284     E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 24 2020 04:32:06     Citizens Bank,
              One Citizens Plaza,    Providence, RI 02903
14001288     E-mail/Text: bankruptcydepartment@tsico.com Jun 24 2020 04:33:59     Equitable Gas Company,
              c/o NCO Financial Systems Inc.,    PO Box 17205,    Wilmington, DE 19850-7205
14001290    +E-mail/Text: notices@burt-law.com Jun 24 2020 04:34:17     First National Bank of Omaha/Emerge,
              and Midland Funding LLC,    c/o Burton Neil & Associates PC,    1060 Andrew Drive, Suite 170,
              West Chester, PA 19380-5601
14918756     E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jun 24 2020 04:32:02
              GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14001292     E-mail/PDF: gecsedi@recoverycorp.com Jun 24 2020 04:41:59     Green Tree Servicing,
              332 Minnesota Street, Suite 610,    Saint Paul, MN 55101
14001283     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 24 2020 04:40:50     Chase Bank USA NA,
              PO Box 15298,    Wilmington, DE 19850-5298
14001294     E-mail/Text: bankruptcydpt@mcmcg.com Jun 24 2020 04:33:11     Midland Credit Management Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14027950    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 24 2020 04:33:11     Midland Credit Management, Inc,
              as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
```

```
District/off: 0315-2           User: culy                 Page 2 of 2                  Date Rcvd: Jun 23, 2020
                               Form ID: pdf900            Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14009145          E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2020 04:42:15
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
14001297         +E-mail/PDF: pa_dc_claims@navient.com Jun 24 2020 04:40:59     Sallie Mae,    P.O. Box 9500,
                   Wilkes Barre, PA 18773-9500
14808091          E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jun 24 2020 04:32:03
                   United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison WI 53708-8961
                                                                                             TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER F
cr              Green Tree Servicing LLC
cr*            +Dollar Bank, FSB,    P.O. Box 3969,   Pittsburgh, PA 15230-3969
15198540*       NewRez LLC d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10826,    Greenville, SC 29603-0826
                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
```
              David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Joseph A. Dessoye   on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
               jschalk@barley.com,    sromig@barley.com
              Kenneth  Steidl    on behalf of Debtor Barbara J. Rosol julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn P. McClure    on behalf of Creditor    Dollar Bank, FSB smcclure@bernsteinlaw.com,
               cdesimone@bernsteinlaw.com;pghecf@bernsteinlaw.com;smcclure@ecf.courtdrive.com
                                                                                             TOTAL: 12
```