**Fill in this information to identify the case:**

Debtor 1 _____ Barbara J. Rosol _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___ Western ___ District of ___ Pennsylvania ___
(State)

Case number _____ 15-20614-CMB _____

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information | Statement / Response Date: 06/30/2020 |
| --- | --- | --- |

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 9445

**Property address:** 165 Sunrise Dr.
Number        Street

Irwin, Pennsylvania 15642
City        State    ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/01/2020 At time of NOFC
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

Debtor 1    Barbara J. Rosol
         First Name     Middle Name     Last Name     Case number (if known)     15-20614-CMB

a. Total postpetition ongoing payments due:          (a)   $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $0.00

c. **Total**. Add lines a and b.          (c)   $0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:         MM / DD  / YYYY

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are
not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach
an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this
response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's
proof of claim**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my
knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice
address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri         Date   06/30/2020
   Signature

Print     **Mukta Suri**                   Title   Authorized Agent for NewRez
          First Name   Middle Name   Last Name               LLC d/b/a Shellpoint Mortgage
                                              Servicing

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P.O. Box 9013
          Number      Street

          Addison, Texas 75001
          City        State         ZIP Code

Contact phone   (972) 643-6600      Email   POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 30, 2020 via electronic notice unless otherwise stated.

**Debtor**　　　　*Via U.S. Mail*
Barbara J. Rosol
165 Sunrise Drive
Irwin, PA 15642-8801

**Debtors' Attorney**
Kenneth Steidl
Steidl & Steinberg
707 GRANT ST
STE 2830 Gulf Tower
PITTSBURGH, PA  15219-1932

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　/s/  **Mukta Suri**